

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 17, 2021

**By Email**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    **Re:**   *United States v. Omar Heredia-Sierra*, 21 Mag. 5121

Dear Judge Krause,

    In light of the transfer into federal custody of the defendant Omar Heredia-Sierra in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By: _____
    Steven J. Kochevar
    Assistant United States Attorney
    (914) 993-1928

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: May 18, 2021