UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Omar Heredia-Sierra,

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21mj5121

Defendant ___Omar Heredia-Sierra___ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

___/s/ Omar Heredia-Sierra___
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Omar Heredia-Sierra___
Print Defendant's Name

_____
Defendant's Counsel's Signature

___Jason Ser___
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___5/17/21___
Date

_____
U.S. District Judge/U.S. Magistrate Judge